CANADY, J.,
concurring in part and dissenting in part.
I concur with the majority’s decision to adopt the rule proposal based on chapter 2012-152. I would, however, also adopt the two other rule amendments recommended by the Code and Rules of Evidence Committee. I therefore dissent from the rejection of those two proposals.
APPENDIX
Chapter 2012-152, § 1:
90.804 Hearsay exceptions; declarant unavailable
(1) [No Change]
(2) HEARSAY EXCEPTIONS. — The following are not excluded under s. 90.802, provided that the declarant is unavailable as a witness:
(a)-(e) [No Change]
(f) Statement offered against a party that wrongfully caused the declarant’s unavailabilitu A statement offered against a party that wrongfully caused, or acquiesced in wrongfully causing, the declarant’s unavailability as a witness, and did so intending that result.